UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| MICHAEL ARCHIBALD | § § | |
| Plaintiff. | § § § | |
| VS. | § § | CIVIL ACTION NO. 3:17–CV–00286 |
| VIRGINIA TRANSFORMER CORP. and CARAVELS, LLC d/b/a GEORGIA TRANSFORMER | § § § § | |
| Defendants. | § § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On June 1, 2018, this case was referred to United States Magistrate Judge Andrew M. Edison. (Dkt. 23). On June 11, 2018, Judge Edison filed a Memorandum and Recommendation recommending that Defendants' Motion to Dismiss be granted in part and denied in part. (Dkt. 26).

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also*, FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation is **APPROVED AND ADOPTED** in its entirety as the holding of the Court.

It is so **ORDERED**.

SIGNED and ENTERED this 3rd day of July, 2018.

GEORGE C. HANKS, JR.
**UNITED STATES DISTRICT JUDGE**